UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. SANDOVAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00489-VC<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION**<br><br>Re: Dkt. No. 36, 37 |

　　The unopposed motion to compel arbitration as to the claims against Experian Information Solutions, Inc. is granted. The case is stayed as to Experian Information Solutions, Inc. until arbitration is completed.

　　**IT IS SO ORDERED.**

Dated: May 15, 2023

_____
VINCE CHHABRIA
United States District Judge